# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINDER JEET SINGH, | CASE NO. CV F 07-1103 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Docs. 11, 12.) |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

Based on the parties' recently filed papers, this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters, including the improperly set January 7, 2008 hearing and January 9, 2009 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 2, 2008**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1